RECEIVED

06 MAR 16 PM 1:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STV ASIA LTD.

             Plaintiff(s),

v.

PRN CORPORATION AND BEST BUY COMPANY, INC.

             Defendant(s).

CASE NO. C-06-1664 JCS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

THOMAS F. HOLT, JR., an active member in good standing of the bar of Massachusetts, whose business address and telephone number is K&LNG LLP 75 State Street, Boston, MA 02109, Telephone: (617) 261-3100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff (STV ASIA LTD.).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/20/06

_____
Joseph C. Spero
United States Magistrate Judge