**United States District Court**
For the Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6   STV ASIA, LTD.,                        Case No.  06-01664 JCS
7              Plaintiff(s),
                                           **ORDER FOR DEFENDANTS TO FILE**
8        v.                                **AN OPPOSITION TO PLAINTIFF'S**
                                           **MOTION FOR LEAVE TO FILE A**
9   PRN CORPORATION, ET AL.,               **MOTION FOR RECONSIDERATION**
10             Defendant(s).
   _____/
11
12        IT IS HEREBY ORDERED that Defendants shall file an opposition memorandum by
13   **August 16, 2006,** to Plaintiff's Motion for Leave to File a Motion for Reconsideration.  No further
14   briefing will be allowed.
15        IT IS SO ORDERED.
16
17   Dated:  August 7, 2006
                                           _____
18                                         JOSEPH C. SPERO
                                           United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28