United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STV ASIA, LTD., | Case No. C-06-1664 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING MOTION TO COMPEL PRODUCTION OF E-MAILS IN NATIVE FILE FORMAT** |
| PRN CORPORATION, ET AL., | |
| Defendant(s). | |

The parties filed a joint letter brief [Docket No. 75] dated August 18, 2006, which the Court treats as a Motion to Compel (the "Motion"). The Motion seeks the production of e-mails in native file format rather than in TIFF format.

Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. All e-mails produced in this case shall be produced in the native file format.

IT IS SO ORDERED.

Dated: August 22, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge