UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STV ASIA LTD., | No. C-06-1664 JCS |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER DATED JUNE 22, 2006 [Docket No. 64]** |
| v. | |
| PRN CORPORATION ET Al., | |
| Defendants. | |

Plaintiff has filed a Motion for Leave to File a Motion for Reconsideration and Clarification of Order Dated June 22, 2006 ("the Motion"), pursuant to Civil Local Rule 7-9(b)(3). Under Local Rule 7-9(b)(3), a party may bring a motion for reconsideration if there has been "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Plaintiff has not met this standard and therefore, the Motion is DENIED.

IT IS SO ORDERED.

Dated: August 23, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge