UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STV ASIA, LTD., | Case No. C-06-1664 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** [Docket No. 59] |
| PRN CORPORATION, ET AL., | |
| Defendant(s). | |

On July 14, 2006, Plaintiff filed a Motion for Leave to File Third Amended Complaint (the "Motion").

On August 25, 2006, the Motion came on for hearing. Kevin C. Trock and Harold H. Davis, Jr., counsel for Plaintiff, appeared. Harold J. McElhinny, counsel for Defendants, appeared.

For the reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Plaintiff is given leave to file the Third Amended Complaint, only as to the following proposed defendants: Circuit City Stores, Circuit City Stores West Coast, a subsidiary of Circuit City Stores, Costco Wholesale Corporation, Wakefern Food Corporation d/b/a ShopRite, and Albertsons LLC. Discovery as to these five (5) defendants is STAYED pending further order of the Court. The Motion is DENIED as to Defendant SignStorey, Inc.

IT IS HEREBY FURTHER ORDERED that a further case management conference is set for **September 15 2006, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 29, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge