1   HAROLD J. MCELHINNY (CA SBN 66781)
    ALISON M. TUCHER (CA SBN 171363)
2   SHANE BRUN (CA SBN 179079)
    HMcElhinny@mofo.com
3   ATucher@mofo.com
    Sbrun@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants

8

                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12

      STV ASIA LTD.,                          Case No.    C-06-1664 JCS
13
                      Plaintiff,              [~~PROPOSED~~] ORDER
14                                            GRANTING DEFENDANTS'
             v.                               ADMINISTRATIVE MOTION
15                                            PURSUANT TO CIV. L.R. 79-5(b)
      PRN CORPORATION, PREMIER RETAIL          TO FILE UNDER SEAL
16    NETWORKS, INC., BEST BUY CO., INC.,      DOCUMENTS DESIGNATED
      BEST BUY STORES L.P., CIRCUIT CITY       CONFIDENTIAL
17    STORES INC., CIRCUIT CITY STORES WEST
      COAST, INC., COSTCO WHOLESALE
18    CORPORATION, WAKEFERN FOOD
      CORPORATION d/b/a SHOPRITE, and
19    ALBERTSONS, LLC.,

20                    Defendants.

21

22          Whereas the Court has considered Defendants' Administrative Motion Pursuant To Civ.

23   L.R. 79-5(b) To File Under Seal Documents Designated Confidential;

24          Whereas the Court has determined that the following documents are properly sealable

25   under Civil Local Rule 79-5:

26          Exhibit A to the Declaration of Daniel E. Kyte in Support of (1) Defendants' Motion For

27   Summary Judgment of Non-Infringement and (2) Rule 11 Motion Regarding Plaintiff's Failure to

28   Conduct an Adequate Pre-Filing Investigation; and

1    Exhibit B to the Declaration of Daniel E. Kyte in Support of (1) Defendants' Motion For

2  Summary Judgment of Non-Infringement and (2) Rule 11 Motion Regarding Plaintiff's Failure to

3  Conduct an Adequate Pre-Filing Investigation;

4        IT IS HEREBY ORDERED that the following documents be filed under seal:

5        Exhibit A to the Declaration of Daniel E. Kyte in Support of (1) Defendants' Motion For

6  Summary Judgment of Non-Infringement and (2) Rule 11 Motion Regarding Plaintiff's Failure to

7  Conduct an Adequate Pre-Filing Investigation; and

8        Exhibit B to the Declaration of Daniel E. Kyte in Support of (1) Defendants' Motion For

9  Summary Judgment of Non-Infringement and (2) Rule 11 Motion Regarding Plaintiff's Failure to

10  Conduct an Adequate Pre-Filing Investigation.

11

12

Dated: ___October 18___, 2006        Hon. _____

13                          Magistrate Judge Joseph C. Spero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER C-06-1664 JCS                                    2

sf-2209922