```
 1  Deborah Bailey-Wells    (114630)
    Kevin C. Trock          (161787)
 2  Harold H. Davis, Jr.    (235552)
 3  KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
    Four Embarcadero Center, 10th Floor
 4  San Francisco, CA 94111
    Telephone:  (415) 249-1000
 5  Fax:        (415) 249-1001
    dbaileywells@klng.com
 6  ktrock@klng.com
 7  hdavis@klng.com

 8  Attorneys for Plaintiff STV ASIA, LTD.
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STV ASIA LTD.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES, INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC,<br><br>　　　　Defendants. | Case No. C-06-1664 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING STV ASIA'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL |

Whereas the Court has considered STV Asia's Administrative Motion Pursuant to Civil L. R. 79-5(b) To File Under Seal Documents Designated Confidential;

Whereas the Court has determined that the following documents are properly sealable under Civil Local Rule 79-5:

　　1.　　Exhibit A, an e-mail dated October 5, 2004, labeled PRN 0009263.

　　2.　　Exhibit B, a document entitled PRN "Component & Scenarios Content Distribution Version 1.4", labeled PRN 0010752 – 0010776.

---

[~~PROPOSED~~] ORDER GRANTING STV ASIA'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
Case No. C-06-1664 JCS

121799

3.   Exhibit C, a document entitled PRN Architecture Overview In-Store Components Version 1.0", labeled PRN 0010777-0010791.

IT IS HEREBY ORDERED that the following documents be filed under seal:

1.   Exhibit A, an e-mail dated October 5, 2004, labeled PRN 0009263.

2.   Exhibit B, a document entitled PRN "Component & Scenarios Content Distribution Version 1.4", labeled PRN 0010752 – 0010776.

3.   Exhibit C, a document entitled PRN Architecture Overview In-Store Components Version 1.0", labeled PRN 0010777-0010791.

Dated: November 7, 2006      Hon. _____ Spero
                                  Magistrate Judge Joseph C. Spero

[PROPOSED] ORDER GRANTING STV ASIA'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
Case No. C-06-1664 JCS