UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STV ASIA, LTD., | Case No. C-06-1664 JCS |
| Plaintiff(s), | **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS MOTION FOR SANCTIONS [Docket No. 116] AND MOTION FOR SUMMARY JUDGMENT [Docket No. 117]** |
| v. | |
| PRN CORPORATION, ET AL., | |
| Defendant(s). | |

On October 17, 2006, Defendants' filed a Rule 11 Motion Regarding Plaintiff's Failure To Conduct An Adequate Pre-Filing Investigation, and a Motion for Summary Judgment of Non-Infringement (the "Motions").

IT IS HEREBY ORDERED that the Motions are DENIED without prejudice to re-noticing the Motions to be heard on **May 11, 2007, at 9:30 a.m.** The hearing date of December 1, 2006 at 9:30 a.m., has been taken off calendar.

IT IS HEREBY FURTHER ORDERED that the parties shall meet-and-confer to discuss a briefing schedule on the re-noticed Motions with the last brief to be filed no later than **April 13, 2007.**

IT IS SO ORDERED.

Dated: November 9, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge