**Deborah Bailey-Wells       (114630)**
**Kevin C. Trock             (161787)**
**Harold H. Davis, Jr.       (235552)**
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
Four Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:   (415) 249-1000
Fax:         (415) 249-1001
deborah.bailey-wells@klgates.com
kevin.trock@klgates.com
harold.davis@klgates.com

Attorneys for Plaintiff STV ASIA, LTD.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STV ASIA LTD.,<br><br>              Plaintiff,<br><br>       vs.<br><br>PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES, INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC,<br><br>              Defendants. | Case No. C-06-1664 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING STV ASIA'S REQUEST FOR PERMISSION TO USE EQUIPMENT AT CLAIM CONSTRUCTION HEARING<br><br> Judge:   Hon. Joseph C. Spero<br><br>Hearing Date:   January 25, 2007<br>Hearing Time:   9:30 a.m.<br><br>Date Action Filed:   March 2, 2006<br>Trial Date:   January 7, 2008 |

        Whereas the hearing on Claim Construction in the above referenced matter will be held on Thursday, January 25, 2007 at 9:30 a.m.

        Whereas Plaintiff STV Asia respectfully request permission to use the following equipment at the Claim Construction hearing:

              1.      1-Laptop;

              2.      1-LCD Projector; and

              3.      1-Laser Pointer.

IT IS HEREBY ORDERED that Plaintiff STV Asia will be allowed to use the following equipment at the hearing on Claim Construction to be held on Thursday, January 25, 2007 at 9:30 a.m.:

1.     1-Laptop;

2.     1-LCD Projector; and

3.     Laser Pointer.

Dated:_____January 23, 2007_____     Hon._____ Spero

Judge Joseph C. Spero

1