**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 7, 2007

Writer's Direct Contact
415.268.7269
ATucher@mofo.com

Via E-mail and U.S. Mail

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: *STV Asia v. PRN*
Case No. C-06-1664

Dear Judge Spero:

Defendants request that the Court schedule a case management conference to occur immediately after the hearing on the motion of Kirkpatrick & Lockhart Preston Gates Ellis LLP to Withdraw as Attorneys of Record.

Fact discovery is currently scheduled to conclude by April 13, 2007, and Defendants have been unable to conclude their discovery in light of Plaintiff's failure to respond to interrogatories or schedule depositions since the *Markham* hearing, held on January 25, 2007. (*See, e.g.*, Letter from A. Tucher to K. Trock, dated February 28th (enclosed), to which we received no reply.)

Sincerely,

*/s/ Alison Tucher*

Alison M. Tucher

Dated: March 8, 2007

IT IS SO ORDERED
Judge Joseph C. Spero

Enclosure

cc: Kevin C. Trock

sf-2280453

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

February 28, 2007

Writer's Direct Contact
415.268.7269
ATucher@mofo.com

Via E-Mail

Kevin C. Trock
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Re: STV Asia v. PRN

Dear Kevin:

On January 25th, when we met and conferred in person about STV Asia's refusal to remove it's "Attorney's Eyes Only" designation from STV 004876-934, you promised to identify the specific information in that document that you thought needed this extra level of protection, in the hopes that we could isolate the areas of disagreement and avoid taking this issue to the judge. Although you refused to commit to any particular date for completing this task, you promised to get it done, and now more than a month has passed without our receiving any response.

On February 8th, Shane Brun sent you a letter explaining that we needed to meet and confer in person about your interrogatory responses on conception and reduction to practice dates, unless you would agree to our other suggestions for resolving that issue. Other than an e-mail from Hal Davis objecting that you were not able to respond on the time-line we had proposed (but promising to respond by last week), nobody in your office has ever responded to this letter.

On February 9th, we sent you a document subpoena seeking documents from Frank Nemirofsky, and asking that you contact me to arrange a mutually convenient date for his deposition. The return date on that subpoena has passed without our receiving any response at all, and you have yet to call me with proposed deposition dates.

Also, on February 12th I sent you an e-mail asking that you let me know when you would be available to discuss the briefing schedule for our summary judgment of non-infringement and Rule 11 motions. As you know, the Court has set a date for filing the reply briefs, and we can simply count back from that using the intervals established in the local rules if you do not want to discuss some other schedule.

sf-2275780

**MORRISON | FOERSTER**

Kevin C. Trock
February 28, 2007
Page Two

If you intend to continue prosecuting this lawsuit, we need immediate responses on all of these outstanding issues. If Mr. Nemirofsky's health is causing some of these delays, you need to let us know what his constraints are so that we can negotiate around them. Under the circumstances, the most reasonable course may be to move the discovery deadline out a month or so. The delays already incurred by your failures to respond jeopardize the pre-trial schedule to which the parties agreed at the outset of this litigation.

Please let me know as soon as possible, but in no event later than Friday, whether you agree to extend fact discovery until May 11, 2007, with mutually agreeable adjustments on expert discovery deadlines. If Mr. Nemirofsky is not soon available for deposition, we may need to extend this deadline even further, with corresponding adjustments to the remainder of the schedule. I look forward to hearing from you.

Sincerely

*Alison Tucher*

Alison M. Tucher

sf-2275780