UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STV ASIA, LTD., | Case No. C06-1664 JCS |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD [Docket No. 148] AND ORDER TO SHOW CAUSE** |
| v. | |
| PRN CORPORATION, ET AL., | |
| Defendant(s). | |

On March 2, 2007, Plaintiff's counsel Kirkpatrick & Lockhart Preston Gates Ellis LLP (the "law firm") filed a Motion to Withdraw As Attorneys of Record (the "Motion").

On April 6, 2007, the Motion came on for hearing. Kevin C. Trock, counsel for Plaintiff, appeared. Harold McElhinny and Alison Tucher, counsel for Defendant, appeared.

For reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED on the following conditions:

1. The law firm shall serve a copy of this Order on Plaintiff STV Asia.

2. The law firm shall file a pleading with a service address for the Plaintiff STV Asia.

3. The law firm shall remain in this action for the limited purpose of responding to any Rule 11 motions that may be filed seeking remedies against the law firm.

IT IS HEREBY FURTHER ORDERED that Plaintiff STV Asia no longer has counsel of record. As an entity, Plaintiff may only appear through counsel. Accordingly, Plaintiff is ORDERED to appear through new counsel before **May 4, 2007,** or show cause why, if there is no appearance through new counsel by **May 4, 2007,** this case should not be dismissed for failure to prosecute. A written response to the Order to Show cause is due by **May 1, 2007**. Plaintiff is advised that the dismissal of the complaint may be with prejudice.

**United States District Court**
For the Northern District of California

Any party desiring to file a brief on whether the dismissal shall be with or without prejudice shall do so by **April 20, 2007.**

A further case management conference is set for **May 11, 2007, at 1:30 p.m.**

   IT IS SO ORDERED.

Dated: April 6, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2