| | |
|---|---|
| 1 | RICHARD L. PEREZ (CA SBN 51981) |
| | PEREZ & MILLER |
| 2 | 3730 Mt. Diablo Boulevard, Suite 335 |
| | Lafayette, California 94959 |
| 3 | Telephone: 925.284.7788 |
| | Facsimile: 925.284.7789 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | |
| 6 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | ALISON M. TUCHER (CA SBN 171363) |
| 7 | HMcElhinny@mofo.com |
| | ATucher@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile: 415.268.7522 |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | STV ASIA LTD., | Case No. C-06-1664 JCS |
| 18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 19 | v. | |
| 20 | PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC. | Judge: Hon. Joseph C. Spero |
| | | Date Action Filed: March 2, 2006 |
| | | Trial Date: January 7, 2008 |
| | Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
C-06-1664 JCS

sf-2320470

| | |
|---|---|
| 1 | Plaintiff STV Asia and Defendants PRN Corporation, Premier Retail Networks, Inc., Best |
| 2 | Buy Co., Inc., Best Buy Stores L.P., Circuit City Stores Inc., Circuit City Stores West Coast, Inc., |
| 3 | Costco Wholesale Corporation, Wakefern Food Corporation d/b/a Shoprite, and Albertsons, LLC, |
| 4 | through their respective counsel, hereby stipulate to continue case management conference |
| 5 | scheduled for May 11, 2007, to June 8, 2007. |

**SO STIPULATED:**

Dated: May 11, 2007         By:    /s/ *Richard L. Perez*
                                        Richard L. Perez

RICHARD L. PEREZ
PEREZ & MILLER
3730 Mt. Diablo Boulevard, Suite 335
Lafayette, California 94959
Telephone: 925.284.7788
Facsimile: 925.284.7789
Attorney for Plaintiff

Dated: May 11, 2007         By:    /s/ *Alison M. Tucher*
                                        Alison M. Tucher

HAROLD J. MCELHINNY
ALISON M. TUCHER
HMcElhinny@mofo.com
ATucher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendants

Good cause having been shown, the case management conference scheduled for May 11, 2007, is hereby continued to June 8, 2007, at 1:30 p.m.

**SO ORDERED:**

Dated: __May 14__, 2007         Hon. _____
                                         Magistrate Judge Joseph C. Spero

I, Alison M. Tucher, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal. In compliance with General Order 45, X.B., I hereby attest that Richard L. Perez has concurred in this filing.

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC
C-06-1664 JCS

sf-2320470

1