1  D. PETER HARVEY (CA SBN 55712)
2  SETH I. APPEL (CA SBN 233421)
   pharvey@harveysiskind.com
3  sappel@harveysiskind.com
   HARVEY SISKIND LLP
4  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone: 415.354.0100
   Facsimile: 415.391.7124
6
7  Attorneys for Plaintiff

8  HAROLD J. MCELHINNY (CA SBN 66781)
   ALISON M. TUCHER (CA SBN 171363)
9  HMcElhinny@mofo.com
   ATucher@mofo.com
10 MORRISON & FOERSTER LLP
   425 Market Street
11 San Francisco, California 94105-2482
   Telephone: 415.268.7000
12 Facsimile: 415.268.7522

13 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STV ASIA LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC.<br><br>  Defendants. | Case No. C-06-1664 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge: Hon. Joseph C. Spero<br><br>Date Action Filed: March 2, 2006<br>Trial Date: January 7, 2008 |

1   Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff STV Asia and Defendants
2   PRN Corporation, Premier Retail Networks, Inc., Best Buy Co., Inc., Best Buy Stores L.P.,
3   Circuit City Stores Inc., Circuit City Stores West Coast, Inc., Costco Wholesale Corporation,
4   Wakefern Food Corporation d/b/a Shoprite, and Albertsons, LLC, through their respective
5   counsel, hereby stipulate as follows:

    1.   All claims and counterclaims in the above-captioned action are dismissed in their entirety with prejudice.

    2.   Each party is to bear its own fees and costs.

    3.   The attached order shall be entered.

**SO STIPULATED:**

Dated:  May 21, 2007            By:   /s/ *Seth I. Appel*
                                      Seth I. Appel

                                D. PETER HARVEY
                                SETH I. APPEL
                                pharvey@harveysiskind.com
                                sappel@harveysiskind.com
                                HARVEY SISKIND LLP
                                Four Embarcadero Center, 39th Floor
                                San Francisco, California  94111
                                Telephone:  415.354.0100
                                Facsimile:  415.391.7124
                                Attorneys for Plaintiff


Dated:  May 21, 2007            By:   /s/ *Alison M. Tucher*
                                      Alison M. Tucher

                                HAROLD J. MCELHINNY
                                ALISON M. TUCHER
                                HMcElhinny@mofo.com
                                ATucher@mofo.com
                                MORRISON & FOERSTER LLP
                                425 Market Street
                                San Francisco, California  94105-2482
                                Telephone: 415.268.7000
                                Facsimile: 415.268.7522
                                Attorneys for Defendants

1 | Based on the foregoing stipulation, it is hereby **ORDERED** that:

2 | 1. All claims and counterclaims in the above-captioned action are dismissed in their

3 | entirety with prejudice.

4 | 2. Each party is to bear its own fees and costs.

5 | **SO ORDERED:**

7 | Dated: _____, 2007         Hon. _____

8 | Magistrate Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
C-06-1664 JCS

sf-2319837

2

1     I, Seth I. Appel, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal.  In compliance with General Order 45, X.B., I hereby attest that Alison M. Tucher has concurred in this filing.

Dated: May 21, 2007                    Respectfully submitted,

/s/
_____
Seth I. Appel