D. PETER HARVEY (CA SBN 55712)
SETH I. APPEL (CA SBN 233421)
pharvey@harveysiskind.com
sappel@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

Attorneys for Plaintiff

HAROLD J. MCELHINNY (CA SBN 66781)
ALISON M. TUCHER (CA SBN 171363)
HMcElhinny@mofo.com
ATucher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STV ASIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC. <br><br> Defendants. | Case No. C-06-1664 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Judge: Hon. Joseph C. Spero <br><br> Date Action Filed: March 2, 2006 <br> Trial Date: January 7, 2008 |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff STV Asia and Defendants PRN Corporation, Premier Retail Networks, Inc., Best Buy Co., Inc., Best Buy Stores L.P., Circuit City Stores Inc., Circuit City Stores West Coast, Inc., Costco Wholesale Corporation, Wakefern Food Corporation d/b/a Shoprite, and Albertsons, LLC, through their respective counsel, hereby stipulate as follows:

1. All claims and counterclaims in the above-captioned action are dismissed in their entirety with prejudice.

2. Each party is to bear its own fees and costs.

3. The attached order shall be entered.

**SO STIPULATED:**

Dated: May 21, 2007  By: /s/ *Seth I. Appel*
Seth I. Appel

D. PETER HARVEY
SETH I. APPEL
pharvey@harveysiskind.com
sappel@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124
Attorneys for Plaintiff

Dated: May 21, 2007  By: /s/ *Alison M. Tucher*
Alison M. Tucher

HAROLD J. MCELHINNY
ALISON M. TUCHER
HMcElhinny@mofo.com
ATucher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendants

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
C-06-1664 JCS

sf-2319837

1

1  Based on the foregoing stipulation, it is hereby **ORDERED** that:

2  1. All claims and counterclaims in the above-captioned action are dismissed in their

3  entirety with prejudice.

4  2. Each party is to bear its own fees and costs.

5  **SO ORDERED:**

6

7  Dated: __May 22_____, 2007      Hon. _____

8                                    Magistrate Judge Joseph C. Spero

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
C-06-1664 JCS

2

sf-2319837

1  I, Seth I. Appel, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order of Dismissal.  In compliance with General Order 45, X.B., I
3  hereby attest that Alison M. Tucher has concurred in this filing.

5  Dated: May 21, 2007                              Respectfully submitted,

7                                                   /s/
                                          _____
8                                                Seth I. Appel

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
C-06-1664 JCS

sf-2319837

3